# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE LUIS CASTELLANOS, | § § § | |
| v. | § § | CIVIL ACTION NO. |
| HOME DEPOT U.S.A. INC., D/B/A THE HOME DEPOT | § § § § | |

### INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL

**EXHIBIT A**   Index of Documents Filed with Notice of Removal

**EXHIBIT B**   State Court Documents

| TAB NO. | STATE COURT DOCUMENT | DATE FILED |
|---|---|---|
| 1 | Court's Docket Sheet | N/A |
| 2 | Plaintiff's Original Petition | 5/17/2021 |
| 3 | Affidavit of Service | 6/08/2021 |
| 4 | Defendant Home Depot USA, Inc.'s Special Exceptions and Original Answer to Plaintiff's Original Petition | 6/14/2021 |
| 5 | Defendant Home Depot USA, Inc,'s Motion for Leave and Objections to Plaintiff's rule 193.7 Notice. | 6/14/2021 |
| 6 | Plaintiff's Motion for Docket Control Conference | 6/15/2021 |
| 7 | Order Setting Hearing on Telephonic Docket Control Conference | 6/16/2021 |

**EXHIBIT C**   Information to be Filed with Notice of Removal